UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Karema Graham Sowell**     **Docket No. 5:08-CR-96-1BO**

### Petition for Action on Supervised Release

COMES NOW Christopher Studley, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Karema Graham Sowell , who, upon an earlier plea of guilty to Armed Robbery and Aiding and Abetting, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on September 30, 2008, to the custody of the Bureau of Prisons for a term of 65 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Karema Graham Sowell was released from custody on April 19, 2013, at which time the term of supervised release commenced. Sowell began her term of supervision in the Middle District of Florida and currently resides in Jacksonville, Florida.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 14, 2015, U.S. Probation Office in the Middle District of Florida contacted the defendant concerning her residence. Sowell stated that she moved out of her apartment at the end of September and failed to notify her probation officer. Additionally, a review of Sowell's credit report revealed that Sowell had established 18 new accounts or lines of credit spanning from April 30, 2013 to September 27, 2015 without first receiving the approval of the probation office.

On October 15, 2015, Sowell was confronted by U.S. Probation Officer Coleen Ryan regarding the non-compliance. The defendant admitting to changing residences without notifying the probation office and opening 18 new accounts or lines of credit without first notifying the probation office.

Based on the above referenced non-compliance, it is respectfully requested that the defendant's conditions of supervised release be modified to include the defendant complete 25 hours of community service.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 25 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Karema Graham Sowell
Docket No. 5:08-CR-96-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Christopher Studley
Christopher Studley
Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8669
Executed On: November 30, 2015

## ORDER OF THE COURT

Considered and ordered this **30** day of **November**, 2015 and ordered filed and made a part of the records in the above case.

*Terrence W. Boyle*
Terrence W. Boyle
U.S. District Judge